IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NIKITA TAPP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 14-cv-09124 |
| | ) | |
| VILLAGE OF SOUTH CHICAGO HEIGHTS, | ) | Hon. Judge Castillo |
| OFFICER ANTHONY ANDREATTA, Star # 17, | ) | |
| OFFICER JOHN DEWAN, Star #72, OFFICER | ) | |
| TERRY KING, Star # 206, OFFICER BRIAN | ) | |
| TREMAINE, Star #193, OFFICER MICHAEL | ) | |
| SCHASSBURGER, Star # 73, OFFICER | ) | |
| RICHARD HUNT, UNKNOWN | ) | |
| COOK COUNTY SHERIFF'S POLICE OFFICERS | ) | |
| COOK COUNTY SHERIFF'S OFFICE, and | ) | |
| COOK COUNTY, | ) | |
| | ) | |
| Defendants. | ) | **JURY DEMANDED** |

## STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41 AS TO DEFENDANTS COOK COUNTY SHERIFF'S OFFICE, COOK COUNTY AND ANY KNOWN OR UNKNOWN SHERIFF'S DEPUTIES

IT IS HEREBY STIPULATED AND AGREED by and between the parties, by their respective attorneys of record, pursuant to F.R.Civ. Pro. 41, that the Plaintiff, NIKITA TAPP, hereby voluntarily dismisses, with prejudice, any and all claims against Defendant Cook County Sheriff's Office, Defendant Cook County, and any other known or unknown Sheriff's deputies or personnel, with each party bearing its own costs and attorneys' fees.

/s/Mary J. Grieb                                    /s/ Anthony E. Zecchin

Mary J. Grieb                                       Anthony E. Zecchin
Attorney for Plaintiff                              Attorney for Cook County and Cook County Sheriff
The Shiller Preyar Law Offices                      Assistant States Attorney
1100 W. Cermak, Suite B401                          500 Richard J. Daley Center
Chicago, IL 60608                                   Chicago, IL 60602
(312) 226-4590                                      312-603-3373
Atty # 6303421

1

**CERTIFICATE OF SERVICE**

I, Mary J. Grieb, hereby certify that a copy of the foregoing was filed electronically using the Court's CM/ECF system to the attorneys of record.

                                  Respectfully submitted,

                                  <u>s/Mary J. Grieb</u>
                                  Mary J. Grieb
                                  Plaintiff's Attorney
                                  The Shiller Preyar Law Offices
                                  1100 West Cermak Road
                                  Suite B401
                                  Chicago, IL 60608
                                  312-226-4590
                                  773-346-1221 Fax